UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGIO VALENCIA BALTAZAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　Respondent. | Case No.: 1:15-cv-01687-JLT<br><br>ORDER REQUIRING PETITIONER TO FILE A RESPONSE CLARIFYING STATUS OF PETITION<br><br>THIRTY-DAY DEADLINE |

　　　　The instant petition was filed on November 5, 2015.  (Doc. 1).  In conducting a preliminary screening of the petition, the Court became aware of several facts.  First, the petition is directed to the "California Supreme Court."  Second, the petition references another pending federal habeas petition, case number 1:13-cv-01538-BAM ("13-1538").  (Doc. 1, p. 17).

　　　　In case number 13-1538, Petitioner filed his petition on September 16, 2013.  On April 14, 2015, Respondent filed a motion to dismiss, contending that five of the six claims in that petition were untimely.  On October 22, 2015, the Court in that case ordered Petitioner to supplement the record with documentation that he had filed a petition or petitions in the California courts to exhaust claims two through six.  That order gave Petitioner thirty days within which to file the supplemental documentation.

1

As mentioned, the instant petition was filed on November 5, 2015 and is directed to the California Supreme Court. Thus, it is possible that Petitioner was attempting to comply with the October 22, 2015 order of the court in case number 13-1538 by submitting a copy of the state habeas petition he had previously filed with the California Supreme Court. If that is the case, then the Clerk of the Court inadvertently opened a new case, i.e., this case, assigned a case number to the instant petition in error, and the petition in this case should be re-filed in case number 13-1538 and this case should be closed.

On the other hand, Petitioner may have intended to file a new and separate petition raising entirely different claims in this case. In that event, the Court would proceed with this petition on its own merits independently of case number 13-1538.

In order to resolve this ambiguity and clarify the situation, Petitioner is ordered to file a response indicating what he intended to do with the petition in this case. Once the Court has reviewed Petitioner's response, the Court will, in due course, take appropriate action.

## ORDER

For the foregoing reasons, Petitioner is **ORDERED** to file a response within thirty days of the date of service of this order clarifying whether he intended the instant petition to initiate a new and independent habeas case or whether the instant petition was intended to supplement the record in case number 13-1538.

**Petitioner is forewarned that failure to comply with the Court's order may result in a recommendation that the petition be dismissed for failure to comply with the Court's orders.**

IT IS SO ORDERED.

Dated:   **November 12, 2015**            **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE