UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURGIO VALENCIA BALTAZAR,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>    Respondent. | Case No.: 1:15-cv-01687-JLT<br><br>ORDER DIRECTING CLERK OF THE COURT TO FILE THE INSTANT PETITION AS A SUPLLEMENTATION OF THE RECORD IN CASE NO. 1:13-CV-01538-BAM<br><br>ORDER DISMISSING THE CASE |

    The instant petition was filed on November 5, 2015. (Doc. 1). In conducting a preliminary screening of the petition, the Court became aware of several facts. First, the petition is directed to the "California Supreme Court." Second, the petition references another pending federal habeas petition, case number 1:13-cv-01538-BAM ("13-1538"). (Doc. 1, p. 17).

    In case number 13-1538, Petitioner filed his petition on September 16, 2013. On April 14, 2015, Respondent filed a motion to dismiss, contending that five of the six claims in that petition were untimely. On October 22, 2015, the Court in that case ordered Petitioner to supplement the record with documentation that he had filed a petition or petitions in the California courts to exhaust claims two through six. That order gave Petitioner thirty days within which to file the supplemental documentation.

    Because it was possible that Petitioner was attempting to comply with the October 22, 2015 order of the court in case number 13-1538 by submitting a copy of the state habeas petition he had

previously filed with the California Supreme Court, rather than opening a new habeas corpus case in this action, the Court ordered Petitioner to file a "clarification" of his intentions. (Doc. 4). On December 17, 2015, Petitioner filed his response, indicating that he indeed was attempting to supplement the record in case number 13-1538 and did not intend that a new habeas corpus case be opened. (Doc. 6).

## **ORDER**

For the foregoing reasons, the Court **ORDERS**:

1. The Clerk of the Court is **DIRECTED** to file the instant petition as a supplementation of the record in case number 1:13-cv-01538-BAM;
2. The instant case is **DISMISSED**.

IT IS SO ORDERED.

Dated:   **January 7, 2016**                     /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE